**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 13, 2021

Nathan Ochsner, Clerk

In    Cornelius Cheatham
Re:   Debtor

Case No.: 21−31681

Chapter: 13

---

## ORDER CONFIRMING CHAPTER 13 PLAN
## AND VALUING COLLATERAL PURSUANT TO 11 U.S.C. § 506

1. The Court has considered confirmation of the Debtor(s)' chapter 13 plan that was proposed on 8/11/21.

2. All objections to the plan have been withdrawn or overruled.

3. The Court has determined that the plan meets all of the requirements of §1325 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual proration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. If any proof of claim is filed that results in less than a 100% payment to holders of general unsecured claims, the Debtor(s) shall, within 14 days of the later of the claims bar date or the date such proof of claim is filed, (i) modify the plan to provide for a 100% payment to holders of general unsecured claims; or (ii) file an objection to any proof of claim that the Debtor(s) believes is improper under 11 U.S.C. § 502 or other applicable law. If the resolution of any such objection results in less than a 100% percent payment to holders of general unsecured claims, the Debtor(s) shall, within 14 days of such resolution, modify the plan to provide for a 100% payment to holders of general unsecured claims.

6. The value of the collateral for secured claims is in the amount set forth in the plan.

7. The plan is confirmed.

Signed and Entered on Docket: 8/13/21.

Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 21-31681-jpn

Cornelius Cheatham                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                        User: ADIuser                              Page 1 of 2

Date Rcvd: Aug 13, 2021                     Form ID: cmp100dj                      Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cornelius Cheatham, 2711 Lexington Park Dr., Spring, TX 77373-3319 |
| 11912353 | + | Bridgecraft, 7300 E Hampton Ave., Suite 101, Mesa, AZ 85209-3324 |
| 11922194 | + | Bridgecrest Credit Company, LLC, c/o Mackie Wolf Zientz & Mann, P.C., Parkway Office Center, Suite 900, 14160 North Dallas Parkway, Dallas, TX 75254-4314 |
| 11912354 | + | Capital Bank N.A., One Church Street, Suite 100, Rockville, MD 20850-4190 |
| 11912358 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 11912359 | + | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 11912361 | + | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail Pmb# 1993, Wilmington, DE 19808-6124 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11916946 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Aug 13 2021 19:59:00 | Bridgecrest Credit Company, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 11912355 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 13 2021 20:04:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 11912357 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 13 2021 20:03:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 11912645 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2021 19:59:00 | INTERNAL REVENUE SERVICE, P O BOX 7346, Philadelphia PA 19101-7346 |
| 11915010 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 20:03:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11912362 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 19:59:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 11912363 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 20:04:02 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 11929328 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 20:04:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 11915009 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 20:04:02 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11912364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 20:03:57 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 11912365 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 13 2021 19:59:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 11

# BYPASSED RECIPIENTS

District/off: 0541-4                                   User: ADIuser                                          Page 2 of 2
Date Rcvd: Aug 13, 2021                           Form ID: cmp100dj                                  Total Noticed: 18

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Bridgecrest Credit Company, LLC |
| 11912356 | | Conn Appliances Inc |
| 11912360 | *+ | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack Nicholas Fuerst | on behalf of Debtor Cornelius Cheatham jfuerst@sbcglobal.net outsourcedparalegal@gmail.com;fuerst.jackn.r103264@notify.bestcase.com |
| Stephen Weikai Wu | on behalf of Creditor Bridgecrest Credit Company  LLC swu@mwzmlaw.com, txsd@mwzmlaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| William E. Heitkamp | heitkamp@ch13hou.com |

TOTAL: 4